IN THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA

ORLANDO BELL, MOVANT

V.

TREVOR MCFADDEN

Case No.

Case: 1:24-cv-01553
Assigned To : Unassigned
Assign. Date : 5/23/2024
Description: Pro Se Gen. Civ. (F-DECK)

RECEIVED Mail Room MAY 23 2024 Angela D Caesar, Clerk of Court U.S. District Court, District of Columbia

## MOTIOIN FOR AJUDICATION OF ALLOWING AN IDENTIFIED WITNESS TO PROSECUTE

Comes Now, movant Orlando Bell, Prose Ad Hoc, This is not a waste of the court's time and Resource but an endeavor to illuminate the factual basis of the unprofessional conduct displayed and made appearant by Judge Trevor McFadden as follows;

Trevor McFadden gave the greenlight for AUSA Nihar Mohanty to proceed as an identifiable witness through the AUSA's own admission to prosecute case No 1:17-cr-00234-7 [ECF 200 at 9-14("Technically I would be a witness to" (unsigned wiretap)"proceedings"]

Whefore the movant Orlando Bell prays this court rule within favor in the above mentioned matters above

Orlando Bell, 5/17/24
Orlando Bell